# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Suzanne B. Conlon | Sitting Judge if Other than Assigned Judge | Martin C. Ashman |
|---|---|---|---|
| **CASE NUMBER** | 01 C 1576 | **DATE** | 1/9/2002 |
| **CASE TITLE** | Mold-Masters Limited vs. Husky Injection Molding Systems, Lt | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to] ☐ FRCP4(m) ☐ General Rule 21 ☐ FRCP41(a)(1) ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter memorandum opinion and order regarding in camera review of ten documents.
(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | 4 number of notices | **Document Number** |
| | No notices required. | | | |
| ✓ | Notices mailed by judge's staff. | | JAN 1 0 2002 date docketed | |
| | Notified counsel by telephone. | | | 179 |
| | Docketing to mail notices. | | docketing deputy initials | |
| | Mail AO 450 form. | | 1/9/2002 date mailed notice | |
| ✓ | Copy to judge/magistrate judge. | | | |
| IS | courtroom deputy's initials | Date/time received in central Clerk's Office | IS mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| MOLD-MASTERS LIMITED, ) | |
| ) | |
| Plaintiff, ) | Case No. 01 C 1576 |
| ) | |
| v. ) | Judge Suzanne B. Conlon |
| ) | |
| HUSKY INJECTION MOLDING ) | Magistrate Judge |
| SYSTEMS LTD., ) | Martin C. Ashman |
| ) | |
| Defendant. ) | |

DOCKETED
JAN 1 0 2002

## MEMORANDUM OPINION AND ORDER

On December 6, 2001, this Court ruled on the applicability of the attorney-client privilege and work-product doctrine to numerous documents submitted by Husky Injection Molding Systems Ltd. for in camera review. We held that Husky failed to establish the applicability of the privilege and doctrine to many of the documents. We also held that certain documents sought by Mold-Masters Limited must be disclosed because Husky failed to submit the documents for in camera review. For the reasons stated in open court on January 8, 2002, we have agreed to review in camera ten of the documents that were not previously submitted for in camera review to assess whether the documents are privileged or protected. We now turn to that task and hereby incorporate into this decision the discussion of relevant principles and case law that is contained in *Mold-Masters Limited v. Husky Injection Molding Systems Ltd.*, No. 01 C 1576, 2001 WL 1558303 (N.D. Ill. Dec. 6, 2001).



**P118**

Husky described document P118 as a letter with attachment dated April 18, 1997, authored by Robert Bachman, Husky's lawyer, and sent to George Olaru, a Husky employee. The content of the letter reveals communications that were made for the purpose of obtaining legal advice. Therefore, the letter need not be disclosed. The attached figures must be disclosed because Husky failed to provide any information about the figures on its privilege log.

**P123**

Husky described document P123 as undated drawings with handwritten notes authored by Rajan Puri, a Husky employee, and sent to Olaru. This Court cannot tell from the drawings and notes or from Husky's description of the drawings and notes whether the drawings and notes contain information protected under the attorney-client privilege or work-product doctrine. Therefore, document P123 must be disclosed.

**P124**

Husky described document P124 as a letter dated February 19, 1999, authored by Olaru and sent to Barry Kelmachter, Husky's lawyer. The letter is actually dated February 19, 1997. Attached to the letter are five documents that are not described at all on Husky's privilege log. For that reason, the attached documents must be disclosed. The letter itself contains confidential communications that were made for the purpose of obtaining legal advice. Therefore, the letter need not be disclosed.

**P126**

Husky described document P126 as a letter dated June 30, 1995, authored by Bachman and sent to Olaru, J. Dalgleish, and Ed Jenko, all Husky employees. The content of the letter reveals communications that were made for the purpose of obtaining legal advice. Therefore, the letter need not be disclosed.

**P128**

Husky described document P128 as a letter with attachment dated April 18, 1997, authored by Kelmachter and sent to Olaru. The content of the letter reveals communications that were made for the purpose of obtaining legal advice. Therefore, the letter need not be disclosed. The attached figure must be disclosed because Husky failed to provide any information about the figure on its privilege log.

**P153**

Husky described document P153 as a letter dated June 30, 1995, authored by Bachman and sent to Jenko. Attached to the letter is a figure that is not described at all on Husky's privilege log. For that reason, the attached figure must be disclosed. The content of the letter itself reveals communications that were made for the purpose of obtaining legal advice. Therefore, the letter need not be disclosed.

### P165

Husky described document P165 as a letter dated June 30, 1998, authored by Bachman and sent to Jenko. The letter is actually dated June 30, 1995. The content of the letter reveals communications that were made for the purpose of obtaining legal advice. Therefore, the letter need not be disclosed.

### P166

Husky described document P166 as a letter dated February 19, 1997, authored by Olaru and sent to Kelmachter. Attached to the letter are three documents that are not described at all on Husky's privilege log. For that reason, the attached documents must be disclosed. The letter itself contains confidential communications that were made for the purpose of obtaining legal advice. Therefore, the letter need not be disclosed.

### P167

Husky described document P167 as a letter dated February 20, 1997, authored by Kelmachter and sent to Olaru. Attached to the letter are two documents that are not described at all on Husky's privilege log. For that reason, the attached documents must be disclosed. The letter itself contains confidential communications that were made for the purpose of obtaining legal advice. Therefore, the letter need not be disclosed.

**P169**

Husky described document P169 as a letter dated April 18, 1997, authored by Kelmachter and sent to Olaru. Attached to the letter are three figures and a facsimile dated May 14, 1997, that are not described at all on Husky's privilege log. For that reason, the attached documents must be disclosed. The letter itself contains confidential communications that were made for the purpose of obtaining legal advice. Therefore, the letter need not be disclosed.

\* \* \*

To conclude, this Court orders Husky to produce documents to Mold-Masters as stated above.

**ENTER ORDER:**

_____
**MARTIN C. ASHMAN**
United States Magistrate Judge

**Dated:** January 9, 2002.

Copies have been mailed to:

| | |
|---|---|
| DANIEL A. BOEHNEN, Esq.<br>CHRISTOPHER M. CAVAN, Esq.<br>JOSHUA R. RICH, Esq.<br>PAUL S. TULLY, Esq.<br>McDonnell Boehnen Hulbert & Berghoff<br>300 South Wacker Drive<br>Suite 3200<br>Chicago, IL 60606<br><br>Attorneys for Plaintiff | CONSTANTINE L. TRELA, JR., Esq.<br>LISA A. SCHNEIDER, Esq.<br>Sidley Austin Brown & Wood<br>10 South Dearborn Street<br>Chicago, IL 60603<br><br>BRUCE C. HAAS, Esq.<br>MARC J. PENSABENE, Esq.<br>Fitzpatrick Cella Harper & Scinto<br>30 Rockefeller Plaza<br>New York, NY 10112-3801<br><br>Attorneys for Defendant |